LARCHMONT DRUG STORE, INC., Respondent, *v.* 4915 REALTY CORP. et al., Appellants.

Argued January 16, 1952; decided January 25, 1952.

*J. Harvey Turnure* for 4915 Realty Corp., appellant.

*George O. Becker* for Neilsen Retail Stores, Inc., appellant.

*Henry P. Rubin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.